IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02905 - MJW

Price,

    Plaintiff(s),

v.

Lynch,

    Defendant(s).

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**DEC 12 2016**

JEFFREY P. COLWELL
CLERK

---

## CONSENT/NON-CONSENT FORM

Under 28 U.S.C. § 636(c) and D.C.COLO.LCivR 40.1(c) – Assignment of Cases/Direct Assignment to Magistrate Judges:

CHECK ONE

__✓__ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

OR

_____ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| John C. Price | SELF | December 3, 2016 |

Print name   John C. Price - 765 10th Street Boulder CO 80302

Print name _____

| Signatures | Party Represented | Date |
|---|---|---|
| _____ | _____ | _____ |

Print name_____

NOTE: You must execute and file this Consent Form, indicating either the unanimous consent of the parties or that at least one party has declined to consent, at the earlier of (1) no later than seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint.

Effective December 1, 2015