


U.S. POSTAGE PAID
BOULDER, CO
80305
DEC 12, 16
AMOUNT
**$6.47**
R2304E105788-31

Office of the Clerk
Alfred A. Arraj Courthouse
901-19th St, Room A105
Denver CO  80294-3589

7016 0750 0000 5455 3338

John Price
765 10th Street
Boulder, CO 80302
16-cv-02905 MJW

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the Clerk
Alfred A. Arraj Courthouse
901. 19th St, Room A105
Denver CO 80294-3589

2. Article Number (Transfer from service label)
9590 9403 0595 5183 6091 63

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt