United States District Court
for the District of Colorado

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 13 2016

JEFFREY P. COLWELL
CLERK

Civil Action No. 16-cv-02905-MJW

John C. Price
Plaintiff

Loretta Lynch, Attorney General of the United States
Defendant

For the record

I realize I am unknown to the Court and Defendants and wish to explain myself briefly.

1.  I enclose my old cv (Exhibit 1), which is unchanged except that my NASA contract was completed long ago.  I generally do no physics related work and do not use the title PhD.  However in this case I deal with technical matters relating to my career experience.  Thus I feel the address as Doctor is appropriate.  I will not be in any way offended if addressed as Mr.

2.  I made a considerable effort to obtain representation but failed.  I enclose some examples (Exhibit 2) with organizations and individuals redacted to avoid their possible embarrassment.  The contract never bore fruit.

   I do not plan to make further efforts.  The Clerk(s) of the court and the fellow who answers phone questions are sufficiently helpful, at least so far.  I am my own attorney, expert witness, typist, etc.

3.    a)  I have received the return postcards from the summons letters to defendants and will bring them to the Status Conference.

   b)  I believe that details of the case are not to be discussed except in court.   If it is permissible I would like to describe my overview of the case at the Status Conference.  This should not take more than 2-5 minutes.

   c)  I will be in Boulder and can attend the Status Conference at an earlier date if the Court wishes.

Respectfully submitted,

*John C. Price*
*765 10th Street*
*Boulder CO 80302*

Enclosures
    Exhibit 1   cv
    Exhibit 2   Efforts to obtain legal counsel

*Exhibit 1*

Curriculum Vitae                                    2000 (approximately)

John C. Price
765 10th Street
Boulder Colorado 80302

John C. Price received the Ph.D. in plasma physics in 1966 at the University of
California at Berkeley.  After a brief period in theoretical plasma physics he
transferred to remote sensing, spending 15 years at the Goddard Space Flight
Center, Greenbelt Maryland, and 15 years in the Agricultural Research Service,
USDA, in Beltsville Maryland.  Recently retired, he continues his research and
technical work as a consultant.  He is author of more than 60 technical
publications.  Those most relevant to the current project pertain to comparison of
vegetation indices among various sensors, satellite radiometric calibration,
estimation of leaf area index of healthy vegetation, and selection of spectral bands
for resource monitoring.  He is presently an investigator in the Landsat 7 program,
spending approximately 1/4 of his time on this effort.

*Exhibit 2 a*

Civil Action No. 16-cv-02905-MJW                          December 10, 2016

John C. Price
Plaintiff

Efforts to retain Counsel

I do not have complete records, not realizing the difficulty I would have.  The following comes from memory, with some written examples.

2  a) – A letter to an individual at a well known center.  I sent copies to two of his colleagues who listed the same interest.  No response.

   b) – A letter to a firm specializing in this type of action.  No response.

In late 2015 I searched for counsel at "find a lawyer" sites on the web, some associated with bar associations.  I filled out 3 – 5 forms and submitted, but got no response except for a phone call from a legal aid (I don't remember the title) who told me they had no one appropriate.

Thinking I might be taking the wrong approach I sent an amateurish summarized law case - "Questions presented"... to a Professor at a university and asked how to proceed.  Getting no response, I called.  He was very angry at the interruption and I apologized.

   c) -  Searching through case law I found a firm and called one of the attorneys.  He was very friendly and obliging, leading to a contract, first page and my responses  enclosed.  It slowly became clear that he was trying to discourage me from any legal effort, and delaying, etc.  I discontinued the interaction, without the agreed report.

As I was nearing the completion of my brief, submitted on November 29,  I called several local law firms, asking for consultation to review for complying with the format standards for submission.  One secretary called, saying no interest, the other said the attorney would not review my brief for meeting the submission requirements, but would be willing to represent me (despite not know what my case was).

On the whole it was wasted time, except for the criticism of the attorney handling the contract.  It forced me to sharpen my arguments.   However I did learn that the profession handles matters much differently from my own (physics).

*John C. Price*



765 10th Street

Boulder, CO 80302

May 26, 2015

I share your interest in elections in the U.S., specifically those for the House of Representatives. I feel that I am effectively disenfranchised. I enclose a short paper stating my position and a recommendation.

Although my paper is written in a form suitable for a magazine or newspaper, I am more interested in precipitating change. If I may separate elections into politics, mechanics, and law, my paper is about mechanics, but my goal is changing the law.

I do not know anyone who can give me a recommendation as to how to proceed. If you can assist me I would appreciate it. If not, could you pass this letter and my paper on to your colleagues whom you feel might be interested. Thank you.

Sincerely,

John C. Price

johncprice@gmail.com

enclosure

2C

765 10th Street
Boulder, CO 80302
January 3, 2016

Dear Sirs:

I ask you to consider representing me in a redistricting case. I consider myself an independent, but my district is so heavily Democratic that my vote for House of Representatives has no value. I feel that my state legislature has denied me a choice. I do not claim a right to a choice, which may not be possible in areas dominated by one party or the other. Rather, I object to the state legislature *preventing* me from having a choice. I ask that I be in a district in which the Democrat and Republican voters are evenly balanced.

I recognize that this leads to two questions:

1. Is it difficult to create such districts, and can I be in such a district? Working at a leisurely pace it took me about 2 months using public domain software to analyze 49 states. I have indeed defined a district in which my own vote is meaningful - the parties are equally represented. (Oregon maintains detailed voting results at the county level so aggregated data are not available). I enclose a map of Colorado with my district indicated.

2. Does my request produce a significant increase in the competitiveness of the national election for House of Representatives? I have created almost 200 competitive districts representing more than 100 million people. Thus a substantial fraction of the population can have truly competitive races.

My reasons for applying to your firm are three:

1. You are already involved in litigation concerning districting at the national level.

2. The District of Columbia is a focal point for constitutional cases.

3. My elder son lives in Washington, providing me a reason to visit more frequently, as well as a competent person to handle details.

I can provide a 2500 word paper written for a general audience, if this is helpful.

Sincerely,

John C. Price
johncprice@gmail.com

Enclosure

Feb 1

Mr. Price,

Thank you for your recent inquiry, and for taking the time to visit earlier today. While our firm has not been retained to represent you in any capacity, I do hope the basic information we discussed regarding the law governing the process of Congressional reapportionment and the drawing of congressional district boundaries by the Colorado state legislature following the census every ten years was helpful.

**Initiative #55** was a citizen-initiated ballot measure that, if adopted, would amend the State Constitution of the State of Colorado to created a commission to draw congressional district boundaries, and also add the criteria that district boundaries should not be drawn to favor a particular political party or incumbent. It looks that Initiative #55 may have been withdrawn by the sponsors, but I understand there is some talk about an effort to introduce a modified version of it again.

**Initiative #38** is another citizen-initiated ballot measure that, if adopted, would amend the State Constitution of the State of Colorado to created a commission to draw congressional district boundaries, and also add the criteria that district boundaries should not be drawn to favor a particular political party or incumbent.

Here is the link to information on the Secretary of State's website, the text of the proposed initiative, and the contact information for the two sponsors of Initiative 38:

http://www.sos.state.co.us/pubs/elections/Initiatives/titleBoard/index.html

http://www.sos.state.co.us/pubs/elections/Initiatives/titleBoard/filings/2015-2016/38Final.pdf

In addition, here are a few recent news articles discussing the Initiative 55 proposal and some of the individuals behind it and some of the criticisms being levelled against it:

http://www.denverpost.com/perspective/ci_29359751/initiative-55-giving-colorados-

unaffiliated-voters-voice

http://www.gjsentinel.com/special_sections/articles/a-solution-in-search-of-a-problem

http://www.denverpost.com/perspective/ci_29359751/initiative-55-giving-colorados-unaffiliated-voters-voice

http://www.9news.com/story/news/local/politics/2015/11/17/colorado-ballot-measure-proposes-redistricting-overhaul/75965336/

http://www.durangoherald.com/apps/pbcs.dll/article?aid=/20151222/NEWS01/151229904&template=mobileart

Recognizing the challenges and costs associated with proposing an amendment to the State Constitution to change the way Colorado draws federal congressional district boundaries, if you decide you wish to proceed forward on your own initiative or effort to lobby the state legislature for a referred measure to modify the method or the criteria used in adopting congressional district boundaries following the next census, please let us know if you wish to retain our firm to assist in that process and I will prepare an appropriate engagement agreement and estimate of fees for your consideration.

Warm regards,

April 13, 2016

Mr. John Price
765 10th Street
Boulder, CO 80302-7508

johncprice@gmail.com

### ENGAGEMENT LETTER AND FEE AGREEMENT

Dear Mr. Price:

We are pleased that you have chosen to retain our Firm to assist you with your recent legal inquiry and legal needs. Our objective is to handle this work in the most efficient and cost-effective manner, consistent with our commitment to provide you with the highest quality legal representation. This letter outlines our agreement for provision of legal services.

1. **Character of Services and Responsible Attorney.** You have asked us to assist you by preparing an abbreviated summary and analysis of the law that governs federal redistricting in Colorado and the several states, and to help identify relevant case law and constitutional and statutory provisions and authority that define whether the concept of "political competitiveness" may be a factor that can govern the drawing of congressional district boundaries, and/or whether "competitiveness" can be construed or demanded as a constitutional right that overrides other criteria used to define congressional district boundaries through the federal courts. Although we will be happy to assist you if there are other legal matters for which you wish to engage our services, those matters must be the subject of a separate Engagement Letter and Fee Agreement.

In addition, please note that to ensure compliance with requirements imposed by the Internal Revenue Service under Circular 230, we are required to inform you that any U.S. federal tax advice contained in any communications you may receive from persons associated with our Firm, unless otherwise specifically stated, are not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing, or recommending to another party any matters addressed therein.

As a partner and attorney in this Firm, I will be the principal attorney responsible for your representation. I also intend to use the help of other partners and attorneys associated with our firm, including associates or paralegals, on certain tasks as appropriate, and may consult with one or more other attorneys on certain issues if necessary.

765 10th Street

Boulder, CO 80302

April 14, 2016

Thank you for your complete and detailed statement of the task I have asked you to perform.
It is very thorough, and just what I want. I enclose a signed copy of the agreement and a
check for $1500 as the retainer, as specified. You have been very generous in your time in
discussions with me, and your fee is correspondingly generous toward me. I thank you.

As I have indicated, I seek competitive in elections for districts in the U. S. House of
Representatives. I very much look forward to your summary and analysis of existing law
regarding redistricting. With your description I can decide whether there is any possible
course of action short of legislative changes.

As a personal aside, I hope that you will consider entering the political arena yourself. Your
directness and ability to communicate are much needed in government, especially at the
highest levels.

I look forward to your report.

Sincerely,

John C. Price

enclosure



765 10th Street
Boulder, CO 80302
June 3, 2016

I hope you do not object to my familiar address. I consider you a friend after the all time you have spent with me and in such a patient manner.

As another aside, I have learned since my previous letter that you are indeed knowledgeable about politics. Now I am not quite so ignorant, but I still think you would make a good candidate for elective office.

The point of this letter is to say that although I may be tilting with windmills, I have sharpened my sword since our discussion in your office and wish to continue my effort regarding House redistricting. Unless it is absolutely clear that a lawsuit would be rejected at once, I would be satisfied with losing my case if it is taken seriously and a reason given. Possibly your research on my behalf will so indicate. But if there is any such possibility I hope that you will consider representing me. Meanwhile I am starting a draft to make absolutely clear why a suit is justifiable.

Looking forward to your report,

Sincerely,

John C. Price