United States District Court
for the District of Colorado

Civil Action No. 16-cv-02905-MJW

John C. Price
Plaintiff

Loretta Lynch, Attorney General of the United States
Defendant

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 21 2016

JEFFREY P. COLWELL
CLERK

Re: Discovery

I have only copies of publicly available materials including court opinions, related case documents (complaints, dockets, etc.) and calculations based on the publicly available program Davesredistricting, and my own calculations using available voting records. I have no plan to obtain additional materials or complete additional calculations, except in response to defendant's challenges.

Respectfully submitted,

John C. Price
765 10th Street
Boulder CO 80302

12/19/2016