

John Price
765 10th Street
Boulder, CO 80302

7016 0750 0000 5455 3369

16-CV-2905-MJW

CERTIFIED MAIL ®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

80294-250151

Office of the Clerk
Alfred A. Arraj Courthouse
901-19th St, Room A105
Denver CO 80294-3589

U.S. POSTAGE
BOULDER, CO
80305
DEC 19 '16
AMOUNT
$6.47
R2304E108788-31

1000

80294