IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02905-MJW

JOHN C. PRICE,

Plaintiff,

v.

LORETTA LYNCH, Attorney General of the United States,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Request [motion] to Withdraw Motion on Dismissal of Case (Docket No. 28) is GRANTED. The Pro Se Plaintiff's Request [motion] to Respond to Defendant's Answer to Plaintiff's Response to Motion to Dismiss (Docket No. 25) is WITHDRAWN.

Date: March 16, 2017