John Price
765 10th Street
Boulder, CO 80302

Office of the Clerk
Alfred A. Arraj Courthouse
901-19th St, Room A105
Denver CO  80294-3589

DENVER CO 802
13 APR 2017 PM 6 L

