IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02905-MJW

JOHN C. PRICE,

    Plaintiff,

v.

LORETTA LYNCH, Attorney General of the United States,

    Defendant.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Orders entered during the course of proceedings in this case, the following FINAL JUDGMENT is hereby entered.

PURSUANT to and in accordance with the Order entered by the Honorable Michael J. Watanabe on July 10, 2017, incorporated herein by reference, it is

ORDERED that Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Failure to State Plausible Claims (Docket No. 19) is **GRANTED**. It is

FURTHER ORDERED that Plaintiff' Motion to Amend Original Complaint (Docket No. 31) is **DENIED** as futile. It is

FURTHER ORDERED that Plaintiff's Complaint (Docket No. 1) is **DISMISSED WITHOUT PREJUDICE**. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant Loretta Lynch and against Plaintiff John C. Price. It is

FURTHER ORDERED that Defendant Loretta Lynch shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 58(a) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this   11th   day of July, 2017.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ S. Libid
S. Libid, Deputy Clerk